```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 19186
   MICHAEL J SCHUERG
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2629

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/13/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED             4686.46       259.28       4686.46
AFNI                      UNSEC W/INTER  NOT FILED             .00           .00
AT & T WIRELESS           NOTICE ONLY    NOT FILED             .00           .00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER     2963.49         444.91       2963.49
CAPITAL ONE               UNSEC W/INTER      878.89         131.85        878.89
CAPITAL ONE SERVICES      UNSEC W/INTER  NOT FILED             .00           .00
CREDIT PAC                UNSEC W/INTER  NOT FILED             .00           .00
AMERITECH                 NOTICE ONLY    NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER      350.00          52.68        350.00
COMED                     UNSEC W/INTER  NOT FILED             .00           .00
CREDIT PROTECTION ASSOC   UNSEC W/INTER  NOT FILED             .00           .00
ILLINOIS TOLLWAY          UNSEC W/INTER  NOT FILED             .00           .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER  NOT FILED             .00           .00
CITIBANK                  NOTICE ONLY    NOT FILED             .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     1694.49         254.33       1694.49
SEARS                     NOTICE ONLY    NOT FILED             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,935.20                     2,935.20
TOM VAUGHN                TRUSTEE                                          872.94
DEBTOR REFUND             REFUND                                           975.48

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             16,500.00

PRIORITY                                           .00
SECURED                                       4,686.46
    INTEREST                                    259.28
UNSECURED                                     5,886.87
    INTEREST                                    883.77
ADMINISTRATIVE                                2,935.20

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 19186 MICHAEL J SCHUERG
```

```
TRUSTEE COMPENSATION                                           872.94
DEBTOR REFUND                                                  975.48
                                      ----------------   ----------------
TOTALS                                       16,500.00          16,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 10/29/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```